IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILTON JOSEPH TAYLOR          :
                              &
                              ;
AND                           ;
                              ;
                              ;
MARCELLUS FORSTER,            ;
                              ;
         Plaintiffs,          ;     Case No: 1:08-cv-0867 (RJL)
                              ;
    vs.                       ;
                              ;
VAIL A. KAUFMAN, P.A.,        ;
                              ;
         Defendant.           ;
                              &

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves this HONORABNE COURT for an 'ENLARGEMENT OF TIME" to file their Opposition MOTION to strike the defendant Motion TO DISMISS, BASED ON THE FOLLOWING REASON:

1: Plaintiff MILTON J. TAYLOR is the lead plaintiff in this case and will be filing all motions in this case, because MARCELLUS FORSTER have no legal knowledge of the law.

2. Mr. Taylor has notified Vail A. Kaufman's defense attorney (Deborah Murrell Whelihan) by his cell-phone, that the plaintiff's seeks to request for a 30 days extention of time motion, to file their response by SEPTEMBER 15th, 2008.

3. The purpose of requesting for this additional time, is because, Mr. TAYLOR have to meet another dead-line in the D.C. Circuit COURT OF APPEALS to file a 'Rehearing En Banc Motion.

4. Mr. Taylor have to file a timely 'Writ of Certiorari' to the U.S. Supreme Court.

5. Mr. Taylor have to file other 'REPLY" MOTIONS in his pending POST Habeas Corpus proceeding, that is pending before JUDGE GLADYS KESSLER.

6. Mr. Taylor needs additional time to research the citation of laws, that was incorporated within the defendant Motion To Dismis and to dispute Vail Kaufman,s **fabricated affidavit.**

7. Mr. Taylor seeks to file a Motion For Production Of Document in this case and a Motion To Amend, once the defendant turn over all relevant documents.

For the foregoing reasons, this is the plaintiff's first 'Extenion of Time' Motion, filed in good faith and the defendant will not be prejudice by this motion at all.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Enlargement of Time Motion were hand deliver to JORDON, Coyne & Savits, LLP Office and Deborah Murrell Whelihan, 1100 Connecticut Avenue, N.W., Suite 600, Washington, D.C., 20036, on this 15th, day of August, 2008.

                                          Respectfully submitted,

                                          *Milton J. Taylor*
                                          MILTON J. TAYLOR
                                          1175 Stevens, Rd., S.E.
                                          Washington, D.C., 20020
                                          (202) 361-2635
                                          Plaintiff pro se

cc: Marcellus FORSTER
    2517 West Street, S.E.
    Washington, D.C., 20020
    Plaintiff pro se
    (202) 889-0783